**UNITED STATES DISTRICT COURT**
**DISRICT OF NEW JERSEY**

| | |
|---|---|
| SAMRA PLASTIC AND RECONSTRUCTIVE SURGERY,<br><br>Plaintiff,<br><br>-against-<br><br>OSCAR HEALTH INC.,<br><br>Defendant. | Index No: 3:25-cv-15160-GC-TJB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Samra Plastic and Reconstructive Surgery by and through its undersigned attorneys, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the above-captioned action against Defendant Oscar Health Inc. without prejudice. Each party shall bear their own costs.

Dated: Fair Lawn, New Jersey
      September 10, 2025

GOTTLIEB & GREENSPAN, LLC
*Attorneys for Plaintiff*

By:    /s/ Evan Gilman
       Evan Gilman
       17-17 Route 208, Suite 250
       Fair Lawn, New Jersey 07410
       201-644-0890
       egilman@gottliebandgreenspan.com

It is so ordered this 11th
day of September, 2025

_____
GEORGETTE CASTNER, U.S.D.J.

1